**Opinion issued August 12, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00271-CV

————————————

## GREGORY TYRONE JOHNSON, Appellant

## V.

## HOWARD REINER, AS SUCCESSOR ADMINISTRATOR OF THE ESTATE OF SANFORD JOHNSON, DECEASED, DOROTHY JOHNSON, AND LARRY JOHNSON, Appellees

---

### On Appeal from the Probate Court No. 1
### Harris County, Texas
### Trial Court Case No. 335846

---

## MEMORANDUM OPINION

Appellee Howard M. Reiner, as Successor Administrator of the Estate of

Sanford Johnson, Deceased, has filed a motion to dismiss, based on appellant

Gregory Tyrone Johnson's failure to file a brief. Reiner requests that we dismiss this appeal for want of prosecution and failure to comply with applicable rules and a court order. Johnson has filed a motion to extend the time to file his brief. We deny Johnson's motion, grant the motion to dismiss, and dismiss the appeal.

Johnson's brief was originally due on August 28, 2013. On February 18, 2014, we granted Johnson's second motion for extension of time to file his brief and ordered him to file a brief no later than March 10, 2014. We notified Johnson that the Court would grant no further extensions and that, if he failed to file a brief by that date, the appeal might be dismissed for want of prosecution or failure to comply with a requirement of the rules of appellate procedure or an order of this Court. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief), 42.3(b), (c) (providing that appellate court may dismiss appeal for want of prosecution or failure to comply with requirement of appellate rules or court order). Johnson did not file a brief; rather he filed a motion requesting "more time" to file his brief. Johnson has not yet filed a brief in this appeal.

Accordingly, we deny Johnson's motion to extend time, grant Reiner's motion to dismiss, and dismiss the appeal for want of prosecution and failure to comply with an order of this Court. *See* TEX. R. APP. P. 42.3(b), (c). We dismiss all other pending motions as moot.

2

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.